BEFORE THE FIRST DIVISION, JANUARY 6, 1969

No. P69/1.—Frank P. Dow Co., Inc., et al. *v.* United States, protests 60/27877, etc. (Houston).

No. P69/2.—Unitron Import Corp. and J. T. Steeb & Co. *v.* United States, protest 67/2960 (Portland, Oreg.).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of wooden doors similar in all material respects to those the subject of *B. A. McKenzie & Co., Inc.* v. *United States* (58 Cust. Ct. 460, C.D. 3020), the claim of the plaintiffs was sustained.

No. P69/3.—Marmax Trading Corp. *v.* United States, protests 60/22727 and 60/18098 (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of plastic cases or containers similar in all material respects to those the subject of *Marmax Trading Corp.* v. *United States* (58 Cust. Ct. 255, C.D. 2955), the claim of the plaintiff was sustained.